## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Ellis, Nancy

Printed: 8/19/08

Case Number: 04 B 33122
Judge: Wedoff, Eugene R
Filed: 9/7/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: June 19, 2008
Confirmed: October 28, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 41,734.00 |  |
| Secured: |  | 33,183.12 |
| Unsecured: |  | 2,055.38 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 2,095.50 |
| Other Funds: |  | 1,700.00 |
| Totals: | 41,734.00 | 41,734.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 2,700.00 | 2,700.00 |
| 2. | Resurgent Capital Services | Secured | 0.00 | 0.00 |
| 3. | Bank Financial | Secured | 0.00 | 0.00 |
| 4. | HSBC Mortgage Services | Secured | 4,492.88 | 3,955.12 |
| 5. | Bank Financial | Secured | 36,374.99 | 23,833.51 |
| 6. | HSBC Mortgage Services | Secured | 1,660.49 | 1,660.49 |
| 7. | Bank Financial | Secured | 3,734.00 | 3,734.00 |
| 8. | Budget Counselors Credit Services | Priority | 59.31 | 0.00 |
| 9. | Capital One | Unsecured | 59.10 | 424.08 |
| 10. | Resurgent Capital Services | Unsecured | 65.19 | 467.77 |
| 11. | Nicor Gas | Unsecured | 162.15 | 1,163.53 |
| 12. | MCI Telecommunications | Unsecured |  | No Claim Filed |
| 13. | AT&T | Unsecured |  | No Claim Filed |
| 14. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 15. | General Motors Acceptance Corp | Unsecured |  | No Claim Filed |
| 16. | Village of Park Forest | Unsecured |  | No Claim Filed |
|  |  |  | $ 49,308.11 | $ 37,938.50 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 502.12 |
| 4% | 153.48 |
| 3% | 90.90 |
| 5.5% | 631.41 |
| 5% | 205.25 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Ellis, Nancy

Printed:  8/19/08

Case Number:  04 B 33122

Judge:  Wedoff, Eugene R

Filed:  9/7/04

|       |          |
|-------|----------|
| 4.8%  | 159.49   |
| 5.4%  | 352.85   |
|       | _____ |
|       | $ 2,095.50 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: